**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000317
23-JUL-2024
07:58 AM
Dkt. 22 OAWST**

NO. CAAP-24-0000317

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

YUQIANG CHEN and ZHU HE, Plaintiffs-Appellees, v.
T.J.J.J. CORP.; RANDAL PHAN, aka RANAL PHAN, and LINH PHAN,
Defendants-Appellants, and
JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10;
DOE PARTNERSHIPS 1-10; DOE LIMITED LIABILITY COMPANIES 1-10;
DOE BUSINESS ENTITIES 1-10; DOE GOVERNMENTAL ENTITIES 1-10; and
DOE UNINCORPORATED ASSOCIATIONS 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-20-0001166)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and Guidry, JJ.)

Upon consideration of the Stipulation for Dismissal with Prejudice of Notice of Appeal Filed on April 19, 2024 [Dkt. 1] (Stipulation), filed June 14, 2024, by Defendants-Appellants T.J.J.J. Corp., Randal Phan, and Linh Phan, the papers in support, and the record, it appears that (1) the appeal has been docketed and the filing fees have been paid; (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs on appeal; and (3) the Stipulation is signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, July 23, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge